# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN

In the matter of:                          **Case No.:** 06-31182-dof

Ferando Bingham and Percella Bingham          **Chapter 13 Proceeding**

**Debtor(s).**                          **Judge Daniel Opperman**

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

### TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Ferando F. Bingham | Debtor Refund | | | 697116 | $81.57 |

Dated: December 8, 2009

___/s/Carl L. Bekofske___
Carl L. Bekofske,
Standing Chapter 13 Trustee
510 W. Court Street
Flint, MI 48503
Telephone: (810) 238-4675
Fax: (810) 238-4712
Email: ECF@flint13.com
P10645